UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEELOD SHATERIAN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MAPFRE INSURANCE COMPANY et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-01509-TL<br><br>ORDER ON STIPULATED MOTION TO EXTEND CERTAIN DEADLINES |

　　　　This matter is before the Court on the Parties' Stipulated Motion to Extend Certain Deadlines. Dkt. No. 16. The Parties seek to extend five pre-trial deadlines, including the dispositive-motion deadline, by approximately 30 days each. *See id.* at 1–2.

　　　　Pursuant to the Court's Standing Order for All Civil Cases, "The Court will not decrease the amount of time between the dispositive motion deadline and the trial date (*i.e.*, four months) unless the Parties set forth an extraordinary basis for doing so." Further, "[i]f a requested extension may affect a scheduled trial date, counsel shall include in their request any dates for

which they are unavailable for trial for the one year period following the filing of the request." *Id.*

In this case, the trial is set for October 20, 2025. *See* Dkt. No. 12. In their motion, the Parties request that the Court extend the deadline to file dispositive motions to July 15, 2025, a date less than four months before the start of the trial. *Compare* Dkt. No. 16 at 2, *with* Dkt. No. 12. The Parties' motion, however, does not "set forth an extraordinary basis for" their request, as the Standing Order instructs. Rather, the Parties assert simply that they seek "an additional 30 days to allow additional time to obtain expert opinions." *Id.* at 1. This is a garden-variety discovery issue, not an "extraordinary basis." Additionally, the Parties did not provide the dates for which they would be unavailable for trial over the next year.

Accordingly, the Parties' motion is DENIED, with leave to re-file in accordance with the Standing Order.

Dated this 19th day of March 2025.

Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND CERTAIN DEADLINES - 2